United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANGELIQUE JAMES, Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-05563 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WESTLAKE FINANCIAL SERVICES and EQUIFAX INFORMATION SERVICES, LLC, Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Plaintiff Angelique James proceeds here *pro se*. She brings claims against Defendants Westlake Financial Services and Equifax Information Services LLC for violations of the Fair Credit Reporting Act. Dkt 1 at ¶1. She states that she formally disputed allegedly inaccurate information regarding a car loan from Defendant Westlake. Id at ¶13. She also states that Westlake failed to conduct a reasonable investigation, review dispute materials, and correct information. Id at ¶¶17–18, 24–33. And she states that Defendant Equifax failed to resolve perceived inaccuracies related to the dispute. Id at ¶¶14–15. Pending are motions by Defendants Equifax and Westlake to dismiss the Complaint. See Dkts 13 & 15.

The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkts 4 & 5. She recommends that the motions to dismiss be granted as to each of Plaintiff's claims, with all claims being dismissed. Dkts 37 at 10 & 38 at 10.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memoranda and Recommendations, the record, and the applicable law.

The Memoranda and Recommendations of the Magistrate Judge are ADOPTED as the Memorandum and Order of this Court. Dkts 37 & 38.

The motions to dismiss by Defendants Equifax Information Services, LLC and Westlake Financial Services are GRANTED. Dkts 13 & 15.

All claims in this action are DISMISSED WITHOUT PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on August 24, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge